FILED

09/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0348

_____

IN THE MATTER OF:

T.G., S.G., and G.B.,                                                O R D E R

      Youths in Need of Care.

_____

Upon consideration of Appellant's motion to consolidate and good cause appearing,

IT IS ORDERED the motion to consolidate is GRANTED, and Cause Nos. DA 20-0348, DA 20-0349, and DA 20-0350 are consolidated under Cause No. 20-0348 and shall be captioned *In the Matter of: T.G., S.G., and G.B.*, Youths in Need of Care.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2020